## EUZIERE v. UNITED STATES.

No. 119, Misc.   Decided June 27, 1960.

Petitioner *pro se.*

*Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for consideration in light of *Elkins* v. *United States, ante,* p. 206, decided this day.

MR. JUSTICE FRANKFURTER dissents on the basis of his dissenting opinion in *Rios* v. *United States, ante,* p. 233, and *Elkins* v. *United States, ante,* p. 233, decided this day.